# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WILMA COLLINS**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:20-CV-00022 BSM**

**ETHICON, INC., et al.**                                                      **DEFENDANTS**

## ORDER

Pursuant to the notice of settlement [Doc. No. 54], this case is stayed. The parties are directed to file a status update by March 24, 2021.

IT IS SO ORDERED this 24th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE