IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILMA COLLINS**                                                                                              **PLAINTIFF**

v.                               CASE NO. 3:20-CV-00022 BSM

**ETHICON, INC., et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The parties will bear their own costs.

IT IS SO ORDERED this 19th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE